JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CANDELARIO HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; and DOES 1–10 inclusive,<br><br>Defendants. | Case No: CV13-05460-PA(RZx)<br><br>Honorable Percy Anderson<br>Discovery Magistrate: Judge Ralph Zarefsky<br><br>**ORDER RE DISMISSAL**<br><br>Complaint Filed: July 31, 2013 |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the Plaintiff's complaint be dismissed without prejudice.

Dated:_January 10, 2014    _____
                             HON. PERCY ANDERSON